UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
May 16, 2005

No. 05-4505
CR-04-160-V

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

EUGENE BERNARD MOSS

    Defendant - Appellant

---

ORDER

---

The Court appoints James Gronquist of Charlotte, North Carolina as counsel for the appellant pursuant to the provisions of the Criminal Justice Act.

For the Court - By Direction

/s/ Patricia S. Connor
---
CLERK

Nunc Pro Tunc Date: 5/6/05